PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kirankuma J. Amin                         Cr.:06-00372-001
                                                            PACTS #: 39390

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: January 3, 2008

Original Offense: Bank Fraud

Original Sentence: 18 months incarceration, 3 years Supervised Release

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/14/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has failed to pay the $82,750.27 restitution in full. He has paid a total of $31,624.86 towards the restitution. |

U.S. Probation Officer Action:
We are respectfully requesting that the offender's supervised release term be allowed to terminate on July 13, 2012 as the Financial Litigation Unit will pursue collection of the remaining restitution balance of $51,225.41.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 05/01/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

*Supervised release to Terminate 7/13/12. Financial Litigation Unit to pursue collection of balance of restitution.*

Signature of Judicial Officer

5/8/12
Date